1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (415) 846-8947
7     FAX: (408) 535-5081
      Douglas.Johns@usdoj.gov
8
   Attorneys for Defendant
9
   UNITED STATES OF AMERICA
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15 DONALD LOEBER and MARIE LOEBER by and through her Successor In Interest, MICHELLE LOEBER,

CASE NO. 3:21-CV-03866-LB

16     Plaintiffs,

**DECLARATION OF DOUGLAS JOHNS IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION TO DISMISS**

17
     v.

18 UNITED STATES OF AMERICA,

Date:        July 18, 2024
Time:       9:30 a.m.
Courtroom:  Courtroom B – 15th Floor

19     Defendant.

20

Honorable Laurel Beeler
United States Magistrate Judge

21

22

23

24

25

26

27

28

**DECLARATION OF DOUGLAS JOHNS IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION TO DISMISS; CASE NO.: 3:21-CV-03866-LB**


I, Douglas Johns, declare as follows:

1. I am an Assistant United States Attorney and represent Defendant, United States of America ("Defendant"), in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I am making this declaration in support of Defendant's Motion to Dismiss. The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2. Attached as **Exhibit G** is a true and correct copy of Plaintiffs Donald Loeber and Marie Loeber's Third Amended Complaint for Damages for Wrongful Death and Survival for case number "19CV000359" that was filed in the Superior Court of California for the County of Napa on July 27, 2020.

3. Attached as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript for the deposition of Almon Bundy taken on January 10, 2024 and January 11, 2024.

4. Attached as **Exhibit I** is a true and correct copy of excerpts of the deposition transcript for the deposition of Andrew Turner, Ph.D. taken on March 27, 2024.

5. Attached as **Exhibit J** is a true and correct copy of the Memorandum of Agreement between The Pathway Home and the San Francisco VA Health Care System that Defendant produced in this litigation.

6. Attached as **Exhibit K** is a true and correct copy of Plaintiff Donald Loeber and Marie Loeber's Opposition to the State of California's Consolidated Motion for Summary Judgment or, in the Alternative, Summary Adjudication for case numbers "19CV000359" and "19CV000350" that was filed in the Superior Court of California for the County of Napa on January 18, 2022.

7. Attached as **Exhibit L** is a true and correct copy of excerpts of the deposition transcript for the deposition of Mackenzie Lovie taken on February 12, 2024.

8. Attached as **Exhibit M** is a true and correct copy of excerpts of the deposition transcript for the deposition of Ronnie Carter taken on January 18, 2024.

9. Attached as **Exhibit N** is a true and correct copy of excerpts of the deposition transcript for the deposition of Haley Rekdahl taken on January 31, 2024.

**DECLARATION OF STEPHANIA GRIFFIN IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION TO DISMISS; CASE NO.: 3:21-CV-03866-LB**

10. Attached as **Exhibit O** is a true and correct copy of excerpts of Plaintiffs Donald Loeber and Marie Loeber's Separate Statement in Opposition to the State of California's Consolidated Motion for Summary Judgment or, in the Alternative, Summary Adjudication for case numbers "19CV000359" and "19CV00350" that was filed in the Superior Court of California for the County of Napa on January 18, 2022.

11. Attached as **Exhibit P** is a true and correct copy of excerpts of the deposition transcript for the deposition of Justin Markwell taken on March 15, 2024.

12. Attached as **Exhibit Q** is a true and correct copy of excerpts of the deposition transcript for the deposition of Meredith Sears, Ph.D. taken on February 6, 2024.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 3rd day of June, 2024, in San Jose, California.

*/s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney

**DECLARATION OF STEPHANIA GRIFFIN IN SUPPORT OF UNITED STATES OF AMERICA'S MOTION TO DISMISS; CASE NO.: 3:21-CV-03866-LB**

2