Scott D. Righthand, Esq., SBN: 087635
Brittany Rogers, Esq., SBN: 288522
THE LAW OFFICE OF SCOTT RIGHTHAND
A Professional Corporation
425 California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 544-0115
Facsimile:   (415) 544-0116
Scott@righthandlaw.net
Brittany@righthandlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD LOEBER and MARIE LOEBER by and through her Successor In Interest, MICHELLE LOEBER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:21-CV-03866-LB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**<br><br>Date:     August 22, 2024<br>Time:    9:30 a.m.<br>Dept.:    Courtroom B – 15th Floor<br><br>Honorable Judge Beeler<br>United States Magistrate Judge |

   Having considered the motion papers and opposition papers and materials submitted to the Court by all parties including Plaintiffs DONALD LOEBER and MARIE LOEBER by and through her Successor In Interest, MICHELLE LOEBER and all papers submitted by Defendant UNITED STATES OF AMERICA, and having heard oral argument from counsel for Defendant and from counsel for Plaintiff, this Court hereby ORDERS the following:

//

//

//

1.  Defendant's Motion to Dismiss is Hereby Denied.

Dated: _____          _____
                                              Judge of the Superior Court

**PROOF OF SERVICE**

I, Brittany Rogers, am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 425 California Street, Suite 900, San Francisco, California, 94104.

I served the foregoing document(s) described as the following:

**[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**

[X]　by placing the original [X] true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

[ ]　**BY ELECTRONIC SERVICE/NEF**: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

[ ]　**BY PERSONAL SERVICE**:  I caused such envelopes to be delivered by hand this date to the persons listed below:

[ X ]　**EMAIL-FRCP 5(b)(2)(E)** pursuant to written consent to service by electronic means by placing in a secure email in accordance with this office's practice, and addressed to the party's last known email address listed below:

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 1, 2024 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　／s／ Brittany Rogers　　　　
　　　　　　　　　　　　　　　　　　　　　　*Brittany Rogers*

# SERVICE LIST

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (415) 846-8947
FAX: (408) 535-5081
Douglas.Johns@usdoj.gov
**Attorneys for Defendant**
**UNITED STATES OF AMERICA**

Ronald Foreman, Esq.
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Tel: (415) 433-3475
Fax: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com
rdf@foremanandbrasso.com
polly@foremanandbrasso.com
iah@foremanandbrasso.com
**Attorney for Plaintiffs**
**MARC GOLICK**